# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| GILBERT RUSHFORD, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Case No.: 4:16-cv-00477-KOB-SGC |
| | ) |
| SCOTT HASSEL, | ) |
| | ) |
| Respondent. | ) |

## MEMORANDUM OPINION

This case is before the court on "Respondent's Motion to Dismiss Petition as Moot," filed January 30, 2017. (Doc. 11). Respondent notes Petitioner was removed from the United States on December 28, 2016. (Doc. 11-1 at 1). Because Petitioner has been removed, the court can no longer provide meaningful relief. Thus, the court finds that the petition for writ of habeas corpus is moot. *See Nyaga v. Ashcroft*, 323 F.3d 906, 913 (11th Cir. 2003). Accordingly, Respondent's motion to dismiss is due to be granted, and the petition is due to be dismissed.

A separate order will be entered.

DONE and ORDERED this 31st day of January, 2017.

_____
KARON OWEN BOWDRE
CHIEF UNITED STATES DISTRICT JUDGE